IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:09cr19DPJ-LRA

MICHAEL MCMILLIAN

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, MICHAEL MCMILLIAN, without prejudice.

DONALD R. BURKHALTER
United States Attorney

Date:  April 16, 2010   By:   s/ Erin O. Chalk
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

**SO ORDERED** this the 16th day of April, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE